# UNITED STATES DISTRICT COURT
## Southern District of Mississippi
### Jackson Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987) |
| | Case Number:    3:98cr24LS-001 |
| SHREDEWRICK ANDERSON | |
| a/k/a DOUGLAS ANDERSON | Defendant's Attorney:    Kathy Nester, Federal Public Defender<br>200 South Lamar Street, Suite 100S<br>Jackson, MS 39201    601-948-4284 |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Special Condition & Standard Condition #7 and Mandatory Condition &
    of the term of supervision.                Standard Condition #11

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition & Standard Condition #7 | Anderson failed to refrain from the use of an illegally controlled substance in that he provided urine samples on June 7, 2005, September 28, 2005, and October 6, 2005, which tested positive for cocaine, as verified by Kroll Laboratories. | 10/06/05 |
| Mandatory Condition & Standard Condition #11 | Anderson failed to notify the probation office within seventy-two (72) hours of being arrested October 8, 2005, for Domestic Violence, by the Richland (MS) Police Department. This case is still pending. | 10/11/05 |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 9 2006
J T NOBLIN, CLERK
BY_____ DEPUTY

     The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | March 6, 2006 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: | |
| | /s/ Tom S. Lee |
| Defendant's USM No.:    04807-043 | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| Chapel Ridge Apartments | |
| 100 Chapel Ridge Drive, Apartment 424 | Tom S. Lee, U. S. District Judge |
| Richland, MS 39218 | Name and Title of Judicial Officer |
| Defendant's Mailing Address: | 3/9/06 |
| 424 Chapel Ridge Drive | Date |
| Richland, MS 39218 | |

DEFENDANT: SHREDEWRICK ANDERSON a/k/a DOUGLAS ANDERSON
CASE NUMBER: 3:98cr24LS-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   **six (6) months.  Supervised Release after this period of incarceration is not ordered.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

■ The defendant shall surrender to the United States Marshal for this district: (Federal Courthouse, Jackson, MS)
    ■ by  11:00 a.m.  ■ a.m.  ☐ p.m.  on  April 10, 2006  .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on  _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL